[No. 72812-1-I.   Division One.   June 13, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. FREDERICK J. WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 09-1-01243-4, Ira Uhrig, J., entered December 11, 2014. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Spearman, JJ.

[No. 73111-4-I.   Division One.   June 13, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. BAZEN S. KASSAHUN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-03335-1, James D. Cayce, J., entered January 20, 2015. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Becker and Appelwick, JJ.

[Nos. 73119-0-I; 73492-0-I.   Division One.   June 13, 2016.]

*In the Matter of the Marriage of* KENNETH B. KAPLAN, *Respondent*, and SHEILA KOHLS, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 04-3-01252-3, Sean Patrick O'Donnell, J., entered January 20, 2015. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Verellen, C.J., and Leach, J.

[No. 73142-4-I.   Division One.   June 13, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID LYNN DESPAIN, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 14-1-00205-1, Alan R. Hancock, J., entered January 30, 2015. *Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick and Spearman, JJ.